**SO ORDERED**

No response or objection.



**THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE**

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
Greenbelt Division

| | |
|---|---|
| IN RE:<br>KAREEM JAMAL ABDUS-SALAAM<br>AKA KAREEM ABDUS-SALAAM<br>    Debtor<br>_____<br>WILMINGTON SAVINGS FUND SOCIETY,<br>FSB, AS TRUSTEE OF STANWICH MORTGAGE<br>LOAN TRUST<br>    Movant<br>v.<br>KAREEM JAMAL ABDUS-SALAAM<br>AKA KAREEM ABDUS-SALAAM<br>    Debtor/Respondent<br>and<br>LISA M. ARENAS<br>    Co-Debtor/Co-Respondent<br>and<br>TIMOTHY P. BRANIGAN<br>    Trustee/Respondent | Case No. 16-20643-TJC<br><br>Chapter 13 |

**ORDER GRANTING RELIEF FROM STAY**

Upon default of the Lisa M. Arenas aka Lisa Michelle Arenas and Kareem Abdus-Salaam aka Kareem Jamal Abdus-Salaam (the "Debtor") incident to the Court's Order of June 2, 2017 (the "Agreed Order"), and in accordance with the Notice of Non-Compliance filed January 24, 2018, with Counsel for the Movant having filed a Certificate of Default on May 18, 2018, and the Court finding grounds to terminate the stay, it is,

**ORDERED** that the Automatic Stay imposed by 11 U.S.C. § 362 was terminated upon the failure of the Debtor to cure the default listed in the Notice of Non-Compliance. The Movant is

permitted to enforce the lien of its Deed of Trust as it pertains to the real property located at 11703 Silvercreek Court, Bowie, MD 20720 (the "Property") including beginning or resuming foreclosure proceedings and such relief shall extend to the successful purchaser at a sale to allow said purchaser to take such action under state law, as may be necessary, to obtain possession of the Property.

**IT IS FURTHER ORDERED** that the Automatic Stay of 11 U.S.C. § 362 shall not be reimposed by conversion of this case to a case under another Chapter of the United States Bankruptcy Code.

cc:

BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852

Timothy P. Branigan, Trustee
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046

Damani K Ingram
5457 Twin Knolls Road, Ste. 301
Columbia, MD 21045

Kareem Jamal Abdus-Salaam
Aka Kareem Abdus-Salaam
11703 Silvercreek Court
Bowie, MD 20720

Lisa M. Arenas
11703 Silvercreek Court
Bowie, MD 20720

**END OF ORDER**

BWW# MD-118011